**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 7:25-CV-232 |
| 6.298 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND OCIEL MENDOZA, ET AL., | § § § § § § | |
| *Defendants.* | § | |

**COMPLAINT IN CONDEMNATION**

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security, for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C.§ 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.    The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.    The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.    The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.    Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

**NICHOLAS J. GANJEI**
United States Attorney
Southern District of Texas

By:    */s/ Barbara Falcon*
**BARBARA FALCON**
Assistant United States Attorney
State Bar I.D. #24121619
Fed. Adm. #3826184
11204 McPherson Road Suite 100A
Laredo, TX 78045
Tel: (956) 723-6523
Fax: (956) 790-1789
Email: Barbara.Falcon@usdoj.gov
Attorney-in-Charge for Plaintiff