# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-9000-1
Owner: Ociel Mendoza
Acres: 6.298

**Being** a 6.298-acre tract (274,323 sq ft) parcel of land, more or less, being out of a called 27.640 acres, out of a calculated 27.482 acres, in Starr County, Texas conveyed to Ociel Mendoza, Volume 1276, Page 711. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-03-2019, having the following NAD83 (2011) Grid Coordinates N=16628622.82, E=931356.63; Thence S 42°22'19" W a distance of 1112.01 feet to a found iron rod at a barbed wire fence corner, on the East line of the Ociel Mendoza tract, Volume 1252, Page 52 and on the West line of the Noel A. Guerra ET AL tract, Volume 726, Page 385, for the **Point of Commencement,** having the following coordinates: N=16627801.29, E=930607.20.

**Thence:** S 54°24'40" E departing said property line, to a barbed wire fence, a distance of 1323.24 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-1=9005-1 on the South line of the Irma R. G. Musallam & Imelda G. Munoz Trustship tract, Volume 938, Page 723 and on the North line of the Ociel Mendoza Tract 154, Volume 1276, Page 711, for the **Point of Beginning,** having the following coordinates: N=16627031.21, E=931683.28, said point being on the Western boundary of the parcel herein described;

**Thence:** S 80°30'08" E departing said Western boundary, along said barbed wire fence, along said property line, a distance of 234.96 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-2=9005-4 for angle, said point being the Southeast corner of the Irma R. G. Musallam & Imelda G. Munoz Trustship tract, Volume 938, Page 723 and the Northeast corner of the Ociel Mendoza Tract 154, Volume 1276, Page 711;

**Thence:** S 22°09'36" E along the East line of the Ociel Mendoza Tract 154, Volume 1276, Page 711, along said barbed wire fence, crossing the center of an existing 24 foot wide gravel road at 37 feet, a distance of 457.21 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-2A for a Point on Line;

## SCHEDULE C (Cont.)

**Thence:** S 22°09'36" E along said property line, along said barbed wire fence, a distance of 457.21 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-2B for a Point on Line;

**Thence:** S 22°09'36" E along said property line, along said barbed wire fence, a distance of 457.21 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-3=9007-2 for angle, said point being the Southeast corner of the Ociel Mendoza Tract 154, Volume 1276, Page 711 and the Northeast corner of the City of LA Grulla tract, Volume 527, Page 822;

**Thence:** N 80°29'57" W along said barbed wire fence, along the South line of the Ociel Mendoza Tract 154, Volume 1276, Page 711 and the North line of the City of LA Grulla tract, Volume 527, Page 822, a distance of 234.97 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-4=9007-1 for angle, said point being on the Western boundary of the parcel herein described;

**Thence:** N 22°09'36" W departing said barbed wire fence, departing said property line, along said Western boundary, a distance of 457.20 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-4A for a Point on Line;

**Thence:** N 22°09'36" W along said Western boundary, a distance of 457.20 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-06-RGC-9000-1-4B for a Point on Line;

**Thence:** N 22°09'36" W along said Western boundary, crossing the center of an existing 10 foot wide gravel road at 81 feet, a distance of 457.20 feet returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D. (Cont.)



**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.9999693122 (E.G. GRID X 0.9999693122 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11483.
6. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 29, 2019 (TICKET NO. 1971056768).
7. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 29, 2019 (TICKET NO. 592133099).

| MONUMENT TABLE | | |
|---|---|---|
| MONUMENT NAME | NORTHING | EASTING |
| RGV-06-RGC-9000-1-1=9005-1 | 16627031.21 | 931683.28 |
| RGV-06-RGC-9000-1-2=9005-4 | 16626992.44 | 931915.02 |
| RGV-06-RGC-9000-1-2A | 16626569.00 | 932087.47 |
| RGV-06-RGC-9000-1-2B | 16626145.57 | 932259.93 |
| RGV-06-RGC-9000-1-3=9007-2 | 16625722.13 | 932432.39 |
| RGV-06-RGC-9000-1-4=9007-1 | 16625760.92 | 932200.64 |
| RGV-06-RGC-9000-1-4A | 16626184.35 | 932028.18 |
| RGV-06-RGC-9000-1-4B | 16626607.78 | 931855.73 |

| SHEET NO. | METES & BOUNDS SURVEY | DRAWN BY: | MARK | DESCRIPTION | DATE | APPR. | | |
|---|---|---|---|---|---|---|---|---|
| 6 OF 6 | OCIEL MENDOZA | CHECKED BY: / WBG / SURVEY DATE: / PILOT DATE: | | | | |  EMC, Inc. SPECIALISTS IN SURVEYING & MAPPING |  US Army Corps of Engineers |
| | TRACT NO. RGV-06-RGC-9000-1 | | BORDER WALL TASK ORDER: 003 | | | | | |
| | STARR COUNTY     TEXAS | SHEET SIZE: ANSI-A | CONTRACT NO.: W9126F-15-D-0012 | | | | | |

EMC, INC. PROJECT NO.: 19006

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands identified in the Warranty Deed Document No. 2022-369055, Official Records of Starr County (O.R.S.C.) reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is EIGHTY-FOUR THOUSAND FIVE HUNDRED SEVENTY-ONE DOLLARS AND NO/100 ($84,571.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **Ociel Mendoza** <br> ▇▇▇▇▇▇▇▇▇▇ <br> Rio Grande City, TX ▇▇▇ | Affidavit of Adverse Possession, Document No. 2010-290939, recorded on June 3, 2010, in the Public Records of Starr County, Texas. |
| **United States, Department of the Treasury, Internal Revenue Service** <br> 1000 Louisiana St., Suite 2300 <br> Houston, TX 77002 | Warranty Deed, Document No. 2010-291037, recorded on June 9, 2010, in the Public Records of Starr County, Texas. <br><br> Declaration of Taking, Document No. 2021-364332, recorded on September 12, 2021, in the Public Records of Starr County, Texas. <br><br> Final Judgment, Document No. 2021-365610, recorded on November 15, 2021, in the Public Records of Starr County, Texas. <br><br> Special Warranty Deed, Document No. 2022-369055, recorded on May 9, 2022, in the Public Records of Starr County, Texas. <br><br> Notice of Federal Tax Lien, Document No. 2024-385475, recorded on October 28, 2024, in the Public Records of Starr County, Texas. |
| **Unknown Heirs of Maria Evangelina Guerra** | Certified Copy of Final Judgment, Document No. 1939-13115, recorded on August 10, 1939, in the Public Records of Starr County, Texas. <br><br> Quit Claim Deed, Document No. 1940-13909, recorded on February 17, 1940, in the Public Records of Starr County, Texas. <br><br> Affidavit of Manuel Guerra and Viginia Cox de Guerra Family History, Document No. 1985-125730, recorded on January 24, 1985, in the Public Records of Starr County, Texas. |



| | |
|---|---|
| | Estate of Emilio J. Guerra, Deceased, Document No. 1125, recorded Aril 1, 1988 in the Public Records of Starr County, Texas.<br><br>Proof of Death and Heirship, Document No. 1990-154692, recorded on December 28, 1990, in the Public Records of Starr County, Texas. |
| **Mary F. Romero Van Winkle**<br>▮▮▮▮<br>Lake Charles, LA ▮▮▮<br><br>**Gaynell L. Romero Herford**<br>▮▮▮▮<br>Lake Charles, LA ▮▮▮<br><br>**Randal H. Richard**<br>▮▮▮▮<br>Welsh, LA ▮▮▮<br><br>**Julie R. Benoit**<br>▮▮▮▮<br>Welsh, LA ▮▮▮<br><br>**Sonya VanNess**<br>▮▮▮▮<br>Welsh, LA ▮▮▮<br><br>**Mark Richard**<br>▮▮▮▮<br>Welsh, LA ▮▮▮<br><br>**Russell K. Richard**<br>▮▮▮▮<br>Welsh, LA ▮▮▮<br><br>**Robert E. Richard**<br>▮▮▮▮<br>Layfayette, LA ▮▮▮<br><br>**Thomas J. Richard**<br>▮▮▮▮<br>Lake Charles, LA ▮▮▮<br><br>**Troy D. Romero**<br>▮▮▮▮<br>Iowa, LA ▮▮▮ | Certified Copy of Final Judgment, Document No. 1939-13115, recorded on August 10, 1939, in the Public Records of Starr County, Texas.<br><br>Last Will and Testament of Fred D. Guerra, Cause No. 1135, recorded on February 27, 1967, in the Public Records of Starr County, Texas.<br><br>Affidavit of Manuel Guerra and Viginia Cox de Guerra Family History, Document No. 1985-125730, recorded on January 24, 1985, in the Public Records of Starr County, Texas. |

| | |
|---|---|
| **Peyton Romero**<br>███████<br>Salt Lake City, UT ██ | |
| **Tracy Watkins**<br>██████████<br>Jennings, LA ████ | |
| **Alfonso E. Margo**<br>████████████<br>McAllen, TX ██████ | Certified Copy of Final Judgment, Document No. 1939-13115, recorded on August 10, 1939, in the Public Records of Starr County, Texas. |
| **Richard L. Margo**<br>████████████<br>McAllen, TX ██████ | Last Will and Testament of Gustavo A. Guerra, Document No. 1121, recorded on December 5, 1966, in the Public Records of Starr County, Texas. |
| **Lauren L. Margo**<br>████████████<br>McAllen, TX ████ | Affidavit of Manuel Guerra and Virginia Cox de Guerra Family History, Document No. 1985-125730, recorded on January 24, 1985, in the Public Records of Starr County, Texas. |
| **Katherine G. Margo**<br>████████████<br>Corpus Christi, TX ████ | Affidavit of Heirship of Hortencia (Longoria) Guerra, Document No. 2003-230219, recorded on May 21, 2003, in the Public Records of Starr County, Texas. |
| **Virginia Margo Jones**<br>████████████<br>Round Rock, TX ████ | |
| **Fredrick J. Margo**<br>██████████<br>Rio Grande City, TX ████ | |
| **Unknown Heirs of Hortencia Maria Guerra Margo** | |
| **Victor F. Hinojosa**<br>Unknonw Address | |
| **Luis E. Hinojosa**<br>███████████<br>Austin, TX ████ | |
| **Patricia H. Frautschi**<br>██████████<br>Leander, TX ████ | |



| | |
|---|---|
| **Unknown Heirs of Manuel Guerra, Jr., and wife Gladys M. Guerra** | Certified Copy of Final Judgment, Document No. 1939-13115, recorded on August 10, 1939, in the Public Records of Starr County, Texas.<br><br>Affidavit of Manuel Guerra and Viginia Cox de Guerra Family History, Document No. 1985-125730, recorded on January 24, 1985, in the Public Records of Starr County, Texas. |
| **Unknown Heirs of Julio Guerra** | Certified Copy of Final Judgment, Document No. 1939-13115, recorded on August 10, 1939, in the Public Records of Starr County, Texas.<br><br>Affidavit of Manuel Guerra and Viginia Cox de Guerra Family History, Document No. 1985-125730, recorded on January 24, 1985, in the Public Records of Starr County, Texas. |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Rm 201<br>Rio Grande City, Texas 78582 | Property No. 5415, 16569. |